924

No. 393. MATZNER ET UX. *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *F. Lee Bailey* for petitioners. *Arthur J. Sills,* Attorney General of New Jersey, *Joseph A. Hoffman,* First Assistant Attorney General, and *Elias Abelson,* Deputy Attorney General, for respondent.

No. 395. POLLOCK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *William H. Bowman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Joseph M. Howard* for the United States.

No. 396. AIR INDIA *v.* HOFFMAN, EXECUTOR, ET AL. C. A. 5th Cir. Certiorari denied. *Jackson L. Peters* for petitioner. *Walter H. Beckham, Jr.,* for respondents.

No. 397. STANDARD CIGAR CO. *v.* TABACALERA SEVERIANO JORGE, S. A., ET AL. C. A. 5th Cir. Certiorari denied. *William A. Gillen* for petitioner. *Thomas H. Anderson* for respondents.

No. 398. COBB ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Palmer K. Ward* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 402. DIGIOVANNI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.